MARCH 2ND, 2008

UNITED STATES DISTRICT COURT
RICHARD W. WIEKING
DEPUTY CLERK
NORTHERN DISTRICT OF CALIFORNIA

RE: CU-08-0964 RMW (PR).

DEAR RICHARD W. WIEKING,
        IN RESPONCE TO THE APPLICATION AND
INFORMATION THAT YOUR OFFICE FORWARDED ON
2-26-2008, IN WHICH WAS ENCLOSED THE APPLICATION
FOR; PETITION FOR WRIT OF HABEAS CORPUS BY A
PERSON IN STATE CUSTODY. THE APPLICATION FOR
IN FORMA PAUPERIS, WAS NOT INSIDE THE PACKAGE.
    AS WELL, THE THIRTY DAYS FROM THE FILING DATE
OF FEBURARY 18TH 2008, LEAVES ME WITH LESS TIME
TO RESPOND WITH A POSTMARK DATE OF FEB-26TH 2008,
ON YOUR OFFICE ENVELOPE, AND THE RECEIVING DATE
AT THE FOLSOM PRISON STATE MAIL ROOM STAMPED
FEB-29TH 2008, THE THIRTY DAY DEAD LINE WOULD
BE NEXT TO IMPOSSIBLE TO MEET AS WELL WITHOUT
THE PROPER IN FORMA PAUPERIS FORMS.
    AGAIN SIR, FOLSOM STATE PRISON (OLD FOLSOM) IS
ON "MODIFIED LOCK DOWN STATUS", AS OF FEBURARY
18TH 2008, DUE TO A PRISON RIOT THAT TOOK PLACE
IN THE DINING AREA AT BREAKFAST ON 2-18-2008.

PAGE TWO

ALL MOVEMENT OF INMATES IS ON HOLD, AND I AM
UNABLE TO LEAVE MY CELL TO GO TO THE LAW
LIBRARY FOR LEGAL ASSISTANCE.

PLEASE EXTEND THE RESPONCE DATE, AND ALSO
FORWARD THE PROPER IN FORMA PAUPERIS FORMS?
THE PRISON SHOULD BE READY TO COME OFF LOCK
DOWN STATUS SOON, AS FOLLOWING A RECENT MAJOR
SHAKEDOWN HERE AT THE PRISON.

THANK YOU FOR YOUR TIME IN THIS MATTER.

SINCERELY,
LAWRENCE E. DASH
E-49769
FOLSOM STATE PRISON
P.O. BOX 950 (B2-82-06L)
REPRESA, CA 95671

DATE: MARCH 2ND 2008

INMATE TRUST ACCOUNTING OFFICE
OLD FOLSOM STATE PRISON

RE: CERTIFICATE OF FUNDS:

I AM UNDER AN APPLICATION OF FILING A
PRISONER TRUST ACCOUNT STATEMENT, SHOWING
TRANSACTIONS FOR THE LAST SIX MONTHS, COMPLETED
AND SIGNED BY AN AUTHORIZED OFFICER AT THIS
PRISON.
    THIS IS FOR THE PURPOSE OF A PRISONER'S
IN FORMA PAUPERIS FILING FEE.

THANK YOU FOR YOUR TIME IN THIS MATTER.

INMATE:
LAWRENCE E. DASH
F- 49769
BUILDING II, TB2 -06 L

NOTE: U.S. COURT CLERK,
    THIS IS A HANDWRITTEN COPY OF THE REQUEST THAT
I'VE MADE HERE AT THE PRISON'S INMATE TRUST OFFICE.
        — COPY ONLY —

FSP941-0077

NAME: LAWRENCE E. DASH

CDCR# T-49769   Bldg/Bed: B2 - B2 - 06L

**STATE PRISON
GENERATED MAIL**

Folsom State Prison
P.O. Box 71507
Represa, CA 95671

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, Stamps only.
P.O. BOX 1790 Money Orders only.
P.O. BOX 950 Legal Mail only.

LEGAL
MAIL

UNITED STATES POSTAGE

$ 00.41¢

02 1M
0004219402   MAR 03 2008
MAILED FROM ZIPCODE 95672

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102