PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  DASH           LAWRENCE           E.
         (Last)           (First)           (Initial)

Prisoner Number  F-49769

Institutional Address  FOLSOM STATE PRISON P.O. BOX 715071 REPRESA, CA 95671

FILED 08 MAR -- PM 3:39

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE E. DASH
(Enter the full name of plaintiff in this action.)

vs.

MATTHEW C. KRAMER
WARDEN
FOLSOM STATE PRISON

(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 0964 RMW
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

(PR)

E-filing

Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS            - 1 -

1  <u>Who to Name as Respondent</u>

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11     1. What sentence are you challenging in this petition?

12        (a)   Name and location of court that imposed sentence (for example; Alameda
13            County Superior Court, Oakland):
14  SAN FRANCISCO SUPERIOR COURT — SAN FRANCISCO COUNTY
15            Court                        Location

16        (b)   Case number, if known _____
17        (c)   Date and terms of sentence  10-28-2006  3yr — 4yr, 1yr CONSECUTIVE
18        (d)   Are you now in custody serving this term? (Custody means being in jail, on
19            parole or probation, etc.)     Yes  X    No ____
20            Where?
21            Name of Institution: FOLSOM STATE PRISON
22            Address: P.O. BOX 715071, REPRESA, CA 95671

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  ROBBERY 2ND P212.5(c) 3yr TERM CASE# 197706
27  ROBBERY P212.5(c) PC 2933.1 — 4yr TERM
28  1yr ENHANCEMENT — ALL (3 TERM) RUN CONSECUTIVE.

PET. FOR WRIT OF HAB. CORPUS      - 2 -

1   3. Did you have any of the following?

2       Arraignment:                              Yes ✓    No ___

3       Preliminary Hearing:                      Yes ✓    No ___

4       Motion to Suppress:                       Yes ___  No ✓

5   4. How did you plead?

6       Guilty ✓    Not Guilty ___    Nolo Contendere ___

7       Any other plea (specify) PLEA GUILTY TO 3 CONSECUITVE TERMS

8   5. If you went to trial, what kind of trial did you have?

9       Jury ___   Judge alone ___   Judge alone on a transcript ___

10  6. Did you testify at your trial?              Yes ___  No ✓

11  7. Did you have an attorney at the following proceedings:

12      (a) Arraignment                            Yes ✓    No ___

13      (b) Preliminary hearing                    Yes ✓    No ___

14      (c) Time of plea                           Yes ✓    No ___

15      (d) Trial                                  Yes ___  No ✓

16      (e) Sentencing                             Yes ✓    No ___

17      (f) Appeal                                 Yes ___  No ✓

18      (g) Other post-conviction proceeding       Yes ✓    No ___

19  8. Did you appeal your conviction?             Yes ___  No ✓

20      (a) If you did, to what court(s) did you appeal?

21          Court of Appeal                        Yes ___  No ___

22          Year: _____    Result: _____

23          Supreme Court of California            Yes ___  No ___

24          Year: _____    Result: _____

25          Any other court                        Yes ___  No ___

26          Year: _____    Result: _____

27

28      (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

petition?                                   Yes ____   No ____

(c) Was there an opinion?                   Yes ____   No ____

(d) Did you seek permission to file a late appeal under Rule 31(a)?
                                            Yes ____   No ✓

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes ____   No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.   Name of Court: _____

    Type of Proceeding: _____

    Grounds raised (Be brief but specific):

      a. _____

      b. _____

      c. _____

      d. _____

    Result: _____ Date of Result: _____

II.  Name of Court: _____

    Type of Proceeding: _____

    Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

| | | |
|---|---|---|
| 1 | | a._____ |
| 2 | | b._____ |
| 3 | | c._____ |
| 4 | | d._____ |
| 5 | | Result: _____ Date of Result:_____ |
| 6 | III. | Name of Court: _____ |
| 7 | | Type of Proceeding: _____ |
| 8 | | Grounds raised (Be brief but specific): |

```
1                a._____
2                b._____
3                c._____
4                d._____
5                Result: _____ Date of Result:_____
6        III.    Name of Court: _____
7                Type of Proceeding: _____
8                Grounds raised (Be brief but specific):
9                a._____
10               b._____
11               c._____
12               d._____
13               Result: _____ Date of Result:_____
14       IV.     Name of Court: _____
15               Type of Proceeding: _____
16               Grounds raised (Be brief but specific):
17               a._____
18               b._____
19               c._____
20               d._____
21               Result: _____ Date of Result:_____
22   (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                                    Yes ____   No ✓
24         Name and location of court: _____
```

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: 3yr CONSECUTIVE TERM FOR ROBBERY 212.

6  TO RUN CONSECUTIVE TO 2ND AND 3RD TERMS.

7  Supporting Facts: A CONSECUTIVE SENTENCE CARRIES

8  1/3 OF THE MID-TERM OF THAT CHARGE.

9  TERMS FOR ROBBERY 212. 2yr - 3yr(MID) - 5yr.

10  FIRST SENTENCE SHOULD HAVE BEEN COMPLETED

11  Claim Two: 4yr CONSECUTIVE TERM FOR ROBBERY 212.

12  TO RUN CONSECUTIVE OF 1ST AND 3RD TERMS.

13  Supporting Facts: THERE IS NO STATE 4yr TERM FOR

14  ROBBERY 212. 1/3 CONSECUTIVE RULING FOR

15  MID-TERM WAS NOT GIVEN.

16  CONSECUTIVE MEANS CONSECUTIVE.

17  Claim Three: 1yr CONSECTIVE ENHANCEMENT TERM.

18  RELEASE DATE 8-27-2021. IS WRONG.

19  Supporting Facts: CDCR TOOK 3 CONSECUTIVE TERMS

20  AND CAME UP WITH 1-8yr SENTENCE AT 85%

21  TO SERVE. I'M SERVING 85% OF A 3yr TERM THAT

22  IS OVER. ENHANCEMENTS ARE NOT 85%

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  CDCR TURNED 3 CONSECUTIVE TERMS INTO ONE

26  8yr TERM. THE STATE COURT GAVE ME 3 TERMS

27  TO RUN CONSECUTIVE OF EACH OTHER. NOT (1)

28  SINGLE TERM. CDCR TOOK THE CONSECUTIVE OFF.

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  PEN C § 669; PEOPLE vs. CARR (1936) 6 2ND
5  227, 57 P2d 489.
6  
7  Do you have an attorney for this petition?        Yes____   No ✓
8  If you do, give the name and address of your attorney:
9  

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12  
13  Executed on MARCH, 11th 2008                    [signature]
14              Date                                Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS         - 7 -

2/28/08

To:   Dash, Lawrence #F-49769

From: B. Dozier, CCRA

In response to your concerns:

1. You have one enhancement (PC 12022.5) which is being served consecutively with a 4 yr term. It is considered violent & is correctly coded as a credit code 4 offense. See attachment.

2. There is nothing in your paperwork referring to you as a second striker.

3. You have been correctly coded, time credits accounted for correctly & your EPRD is 8/27/2021. Attached also are copies of your LSS & calc sheet.

---

NOTE!

PLEASE SEND APPLICATION TO PROCEED:

IN FORMA PAUPERIS

THIS FORM WAS NOT INCLUDED IN PETITION PACKET SENT ON FEB-26-2008

THANK YOU

L.E.D
F-49769

```
EGAL STATUS SUMMARY  TYPE-   D      SQ-RC      ** DISCREPANT **11/13/2006 21:45

CDC NUMBER   | NAME                                    |ETHNIC|   BIRTHDATE
 F49769      | DASH,LAWRENCE                           | BLA  |   04/16/1955

TERM STARTS  | MAX REL DATE   MIN REL DATE   MAX ADJ REL DT | MIN ADJ REL DT
 11/08/2006  |  09/05/2013     08/27/2012      09/05/2013   |   08/27/2012

                                                              | PAROLE PERIOD
ASE TERM  3/00 + ENHCMNTS   5/00 = TOT TERM   8/00            | 3 YRS


PRE-PRISON + POST SENTENCE CREDITS
CASE      P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P2931 POST-SENT  TOT

197706     363                                       54                11   428

PC296 DNA COMPLETED
NOTIFICATION REQUIRED PER PC3058.6


RECV DT/ COUNTY/     CASE     SENTENCE DATE                CREDIT     OFFENSE
 CNT     OFF-CODE    DESCRIPTION                           CODE       DATE

CONTROLLING PRINCIPAL & CONSECUTIVE    (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
11/08/2006  SF   197706       10/27/2006
  01 P212.5(C) ROBBERY 2ND                                    4      10/07/2005
       (H)WPN
       P12022.5(A)   03 USE F'ARM   ← THIS CHARGE WAS
                                      DROPPED BY STATE COURTS
  02 P212.5(C) ROBBERY 2ND                                CS  4      10/08/2005
     PC 2933.1


TRAN                                   RULE        D A Y S
TYPE  DATE    END DATE LOG NUMBER    NUMBER   ASSESS LOST REST DEAD

BEG 11/08/2006               ******BEG BAL*******
    CURRENT PC BALANCE:      0           CURRENT BC BALANCE:    374
```

| DEPARTMENT OF CORRECTIONS AND REHABIL .TION | STATE OF CALIFORNIA |
|---|---|
| CALCULATION WORKSHEET | |
| OBIS CREDIT CODES 3,4,OR 6 | |
| CDC 1897E (04/00) | |

## CALCULATION WORKSHEET FOR PC SECTION 667(e) AND PC SECTION 2933.1

This form is used to calculate the Earliest Possible Release Date (EPRD) for inmates sentenced as a second-strike offender (PC Sections 667(e) or 1170.12) and violent offenders whose offense date is on or after September 21, 1994. When sentenced as a second-strike offender, the OBIS credit code is 3 (20%). When the offense is a violent offense committed on or after September 21, 1994 the OBIS credit code is 4 (15%), or 6 (15%) if a second strike violent offense.

| Section A - Original EPRD Calculation | | | Section B - Days "C" or "D2" from Start Date through Original EPRD (Do not Include C/D2 Time That Occurs After The Original EPRD) | | |
|---|---|---|---|---|---|
| 1. Start Date: | | 11/8/2006 | | | |
| 2. Plus Time Imposed | + | 8 YRS 0 MO | From | Thru* | # Days** |
| | = | 11/8/2014 | | | 0 |
| | | | | | 0 |
| 3. Minus Pre-Postsentence Credit | - | 428 | | | 0 |
| | = | 9/6/2013 | | | 0 |
| | | | | | 0 |
| 4. Minus Vested Credit | - | 1 | | | |
| [PC 667(e) divide by 2; | | | Total Days "C" and/or "D2" From Start | | |
| PC 2933.1 divide by 5.66] | | | Date to Original EPRD: | | 0 |
| (Round Down) | = | 9/5/2013 | | | |
| 5. Plus Dead Time | + | 0 | Equals CDC Conduct Credit not applied while | | 0 |
| | | | C/D2 (divide total days C/D2 by 4 [PC 667(e)] | | |
| 6. Equals Maximum Date | = | 9/5/2013 | or 5.66 [PC 2933.1], Round Down) | | |
| 7. Minus Start Date (Line 1) | - | 11/8/2006 | | | |
| 8. Equals Days to Serve | = | 2493 | * If the current work group is "C" or "D2" use the original EPRD | | |
| 9. Minus Dead Time | - | 0 | as the THRU date. If the last day of D2 is earlier than the original | | |
| | | | EPRD, use the earlier date as the "THRU" date. | | |
| 10 Equals Days Where Credit | | | | | |
| May Be Applied | = | 2493 | **# Days Equals "THRU" date minus "FROM date plus 1 day. | | |
| 11 Equals CDC Conduct Credit | | | Section C - Credit Losses and Restorations | | |
| (Divide Line 10 by 5 [PC 667(e)] or | | | Date of CDC 115   Loss   Restored   Net Loss | | |
| 6.66 [PC 2933.1], (Round Down) | = | 374 | | | |
| 12. Maximum Date (Line 6) | | 9/5/2013 | | | |
| 13. Minus CDC Conduct Credit (Line 11) | - | 374 | | | |
| 14. Equals Original EPRD: | = | 8/27/2012 | Net Credit Losses: | | 0 |

| Section D: Calculating Adjusted EPRD | | |
|---|---|---|
| 1. Original EPRD (from Section A, Line 14): | | 8/27/2012 |
| 2. Plus Credit Not Applied While C/D2 (from Section B): | + | 0 |
| 3. Plus Net Credit Lost (from Section C): | + | 0 |
| 4. Equals Adjusted EPRD (Cannot Exceed Maximum Date | = | 8/27/2012 |
| 5. Minus Maximum Date (from Section A, Line 6): | - | |
| 6. Equals Excess Credit Loss to Apply to Next Period Being Calculated*** | = | |

***Mixed Credit Codes: When credit lost exceeds credit applied (Adjusted EPRD is later than Maximum Date), subtract the Maximum Date from the Adjusted EPRD which equals the days to apply to the next period being calculated.

| CALCULATED BY (Name & Title) | | DATE |
|---|---|---|
| JULIE THOMPSON, CCRA | | 2/26/2007 |
| INMATE'S NAME | CDC NUMBER | LOCATION |
| DASH, LAWRENCE | F49769 | FOLSOM |

# Violent Felony List pursuant to PC Section 667.5(c)

| PENAL CODE (PC) SECTION | Begin Date | End Date | CRIME DESCRIPTION |
|---|---|---|---|
| PC 4500 | 7-1-77 | | Assault by Life Prisoner with a deadly weapon or instrument |
| PC 11418(b)(1) | 1-1-00 | | Uses or Directly Employs Against Another Person a Weapon of Mass Destruction in a Form Which May Cause Widespread, Disabling Illness, or Injury to Human Beings. (life) |
| PC 11418(b)(2)(3)(4) & (c) | 1-1-03 | | Uses or Employs Weapon(s) causing widespread great bodily injury or death of any human being, or Wide Spread damage to food, water, crops, seed, seed stock, or natural resources. |
| PC 12308 | 1-1-91 | | Explode Destructive Devices or Explosive w/intent to Commit Murder |
| PC 12309 | 3-8-00 | | Explode Destructive Devices or Explosive Causing Bodily Injury |
| PC 12310 | 8-11-77 | | Explode Destructive Device or Explosive Which Causes Death, Mayhem, or GBI |

**Any Felony in which there is a conviction for the following Enhancements is a Violent Felony:** *(Includes STAYED Enhancements)*

| | | | |
|---|---|---|---|
| PC 12022.5 | 7-1-77 | Charge Dropped 10-27-06 | Use of Firearm *(includes all subsections)* CHARGE DROPPED BY STATE COURT 10-27-06 |
| PC 12022.53 | 1-1-98 | | Use or Discharge of Firearm in Specified Felonies CHARGE DROPPED BY STATE COURT *(includes all subsections)* |
| PC 12022.55 | 1-1-90 | | Discharging Firearm from Motor Vehicle |
| PC 12022.7 | 7-1-77 | | Inflicting Great Bodily Injury *(includes all subsections)* |
| PC 12022.9 | 1-1-89 | | Infliction of injury causing termination of pregnancy |

- Check for "STAYED" enhancements that could still make the case violent (IM CR 98/41).
- ATTEMPTS, unless specifically listed, are Not included as violent felonies (*People v. Ibarra* [1982] 134 Ca3d413,425-425).
- CONSPIRACY to commit a violent offense is Not considered violent per Appellate Court Decision, In re *Mitchell* 2000 81 Cal.App.4th 653. (except, conspiracy to commit crimes punishable by life or death per PC 667.5(c)(7)).
- PC 191.5(d) even though this offense carries a "Life" term, Gross Vehicular Manslaughter w/Priors is Not considered a violent offense per *People vs. Thomas* (1999) 21 C4th 1122.
- Pursuant to PC Section 2933.1, Violent Offenses (see 15 Percent Credit Limitation List) committed on or after 9/21/94 (unless otherwise noted) shall be limited to 15 percent conduct credit (includes stayed "counts"). [For more information, refer to IM CR 99/59]
- Regardless of when the crime itself was added to PC Section 667.5(c), remember to check for enhancements that could still make that offense violent.
- All violent offenses listed, *(for which a term is being served)* regardless of the date offense was added to PC Section 667.5(c), apply for the purposes of PC Section 3058.6 notifications. However, when the term for the violent offense is STAYED or when the enhancement that makes that offense violent is STAYED, PC Section 3058.6 does not apply. (Refer to IM CR 99/34).
- Contrary to the Serious Felony List where certain conduct can be alleged on an otherwise non-qualifying crime to establish that it is a Serious Felony, Violent Felonies based on weapons or injury require that a *specific enhancement has been charged and proved* under PC Section 667.5(c)(8); (c)(9); or (c)(17). Remember a "STAYED" enhancement makes that case violent.

**Folsom State Prison**
P.O. Box 715071
Represa, CA 95671

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, Stamps only.
P.O. BOX 1790 Money Orders only.
P.O. BOX 950 Legal Mail only.

NAME: LAWRENCE E. DASH
CDCR#: F-44769   Bldg/Bed: B2-B2-06L

**STATE PRISON GENERATED MAIL**

LEGAL MAIL



MAILED FROM ZIP CODE 95672
MAR 12 2008
$00.750
PITNEY BOWES
UNITED STATES POSTAGE
02 1M
0004219402

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California
94102-9680

FSP41-0077